**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| JEROME ELLIS, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:07-CV-11 (HL) |
| Warden J. DARRELL HART, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 18) filed May 16, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 27) filed May 25, 2007 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 10th day of January, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**