IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JEROME ELLIS, :
:
   Plaintiff, :
:
v. : Civil Action No.
: 7:07-CV-11 (HL)
DARRELL HART, Warden, et al., :
:
   Defendants. :
:

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 89), which recommends granting the Motion to Dismiss filed by Defendants Addison and Studstill (Doc. 55), denying Plaintiff's "Motion for Dispositive" (Doc. 64), denying Plaintiff's Motion for Mandamus (Doc. 69), and denying without prejudice Plaintiff's Motion for Summary Judgment (Doc. 82). Plaintiff has filed an Objection (Doc. 92) to the R&R. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 21st day of August, 2008

                                              *s/ Hugh Lawson*
                                              HUGH LAWSON, Judge

dhc