IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JEROME ELLIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. |
| : | 7:07-CV-11 (HL) |
| **DARRELL HART, Warden, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 116), which recommends granting Defendants' Motion for Summary Judgment (Doc. 91). Plaintiff has filed an Objection (Doc. 118) to the R&R. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portion of the R&R to which he objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 19th day of March, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc